**Order issued August 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

**No. 05-13-00923-CR**
**No. 05-13-00933-CR**

---

**REBECCA JEAN CAGLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## O R D E R

Before Justices Moseley, O'Neill, and FitzGerald

Based on the Court's opinion of this date, we **GRANT** the March 31, 2014 motion of Kathleen A. Walsh for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Kathleen A. Walsh as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Rebecca Jean Cagle, TDCJ No. 1855386, Woodman State Jail, 1210 Coryell City Road, Gatesville, Texas, 76528.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE